# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUWA DZEESHAUGH EVANS-SALTER : <br>     **Plaintiff** : <br> : <br> v. : <br> : <br> J. WIEKRYKAS, <u>et</u> <u>al.</u>, : <br> : <br>     **Defendants** : | CIVIL ACTION NO. 3:CV-18-0731 <br><br><br> (Judge Munley) |

## ORDER

AND NOW, THIS 1st DAY OF MAY, 2018, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motions to proceed *in forma pauperis* (Docs. 2,5), are **GRANTED** only for the purpose of filing the complaint.

2. Plaintiff's complaint is **DISMISSED** without prejudice under 28 U.S.C. §1915(e)(2)(B)(ii) and 28 U.S.C. §1915A.

3. The Clerk of Court is directed to issue the Administrative Order to the Warden directing the Warden to begin deducting money from the inmate's account in the manner described in the Administrative Order.

4. The Clerk of Court is directed to **CLOSE** this case.

5. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking probable cause.

BY THE COURT:

/s/ JUDGE JAMES M. MUNLEY
United States District Judge